

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2015

No. 04-15-00429-CV

**IN RE** Ronald J. **REYES** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Patricia O. Alvarez, Justice

Relator filed his petition for writ of mandamus on July 13, 2015. On August 25, 2015, the parties filed a joint motion to dismiss this mandamus proceeding, advising that the underlying suit for grandparent access has been nonsuited and dismissed.

The parties' request is GRANTED. The temporary stay previously ordered by this court is LIFTED. This original mandamus proceeding is DISMISSED AS MOOT.

It is so **ORDERED** on August 27, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-06251, styled *In the Interest of P.R.R., A Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding. Judge Walsh rendered the challenged order on May 8, 2015, which was later reduced to a written order and signed by Judge Karen Pozza.